UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-122-17-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| JERRY WAYNE SHEPPARD, | ) |
|    Defendant. | ) |

This matter is before the court on Jerry Wayne Sheppard's motion [DE-935], seeking an order for early termination of supervised release and waiver of his remaining fine. The Government has filed a response in opposition thereto. *See* [DE-938]. According to the Government, the United States Probation Office reports that Sheppard has paid only $375.00 toward his fine of $5,975.00 since it was imposed in September 1995. *See* Judgment [DE-536]. The court further is informed that Sheppard has not made regular payments toward satisfying his fine, and has no verifiable employment.

In light of the foregoing, the court agrees with the United States Attorney and the Probation Office that termination of Sheppard's supervised release is premature. The court also declines to remit the balance of his fine. Accordingly, Sheppard's Motion for Early Termination [DE-935] is DENIED.

SO ORDERED.

This the 23rd day of May, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge